**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
Email: lawtorres@aol.com

Attorney for Defendant
MIGUEL JIMENEZ-BARRAZA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF,<br><br>MIGUEL ANGEL JIMENEZ BARRAZA,<br><br>       DEFENDANT | Case No.: 05-CR-00258-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE OLIVER W. WANGER; AND VIRNA SANTOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MIGUEL ANGEL JIMENEZ BARRAZA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing hearing currently set for 01/16/2007 be continued to 02/26/2007 or a date convenient to court and counsel.

I am respectfully requesting a continuance of the sentencing hearing because Mr. Barraza is currently in the process of complex dental work. Due to unanticipated complications, Mr. Barraza's dental work will not be completed until February 21, 2007. I have been in contact with Ms. Virna Santos and she has no opposition to this request.

1     Based upon the foregoing, I respectfully request that the sentencing be continued to
2 February 26, 2007 at 9:00 a.m.

3     The parties also agree that the delay resulting from the continuance shall be excluded in
4 the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).

5 Dated: January 11, 2007

6                                            /s/ David A. Torres
                                            DAVID A. TORRES
7                                            Attorney for Defendant

8

9                                            McGREGOR W. SCOTT
                                           United States Attorney
10

11 Dated: January 11, 2007                By /s/ Virna Santos
                                           VIRNA SANTOS
12                                            Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:  January 17, 2007**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE