**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
Email: lawtorres@aol.com

Attorney for Defendant
MIGUEL JIMENEZ-BARRAZA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br><br>MIGUEL ANGEL JIMENEZ BARRAZA,<br><br>DEFENDANT | Case No.: 05-CR-00258-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE OLIVER W. WANGER; AND VIRNA SANTOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MIGUEL ANGEL JIMENEZ BARRAZA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing hearing currently set for 04/02/2007 be continued to 05/7/2007 or a date convenient to court and counsel.

I am respectfully requesting a continuance of the sentencing hearing because Mr. Barraza is currently in the process of complex dental work. Mr. Barraza underwent a surgical procedure for his dental implants. However, there were many unanticipated complications. Therefore, Mr. Barraza's dental work will not be completed until late April of 2007. I have been in contact with Ms. Virna Santos and she has no opposition to this request.

1  Based upon the foregoing, I respectfully request that the sentencing be continued to
2  May 7, 2007 at 9:00 a.m. in Courtroom 3.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).
5  Dated: March 29, 2007

/s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant


McGREGOR W. SCOTT
United States Attorney

Dated: March 29, 2007            By /s/ Virna Santos
VIRNA SANTOS
Assistant U.S. Attorney

Stipulation and Proposed Order to Continue Sentencing

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

Dated: __March 29, 2007__  　　　　　　　　__/s/ Oliver W. Wanger__
emm0d6　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE