1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   MIGUEL ANGEL JIMENEZ BARRAZA

6

7

8

9            **IN THE UNITED STATES DISTRICT COURT**

10       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12
   UNITED STATES OF AMERICA,          Case No.: 1:05 CR00258-01 OWW
13
                        PLAINTIFF,     **DEFENDANT'S APPLICATION
14                                     FOR EXONERATION OF
                                       PROPERTY BOND AND
15                                     RECONVEYANCE OF REAL
                                       PROPERTY**
16
   MIGUEL ANGEL JIMENEZ BARRAZA,
17
                        DEFENDANT.
18
      Miguel Angel Jimenez Barraza, by and through his attorney of record, DAVID A. TORRES,
19
   hereby requests an order exonerating the property bond for reconveyance of real property in this
20
   action.
21
         On October 6, 2005, Honorable Oliver W. Wanger, U.S. District  Judge, ordered Miguel
22
   Angel Jimenez Barraza released from custody on a $62,000 property bond.  Real property owned
23
   by Gonzalo Leyva and Natalie Leyva was to be posted as collateral for the property bond.  On
24
   September 6, 2005 **,** a certified copy of the deed of trust (Kern County Document #0205242623)
25
   and a promissory note in the amount of $62,000 was received by the court.
26
         On May 7, 2007, this court sentenced Mr. Barraza to 48 months of imprisonment under
27
   Count 3 (Superseding Information): 21 USC 843 (b). On July 12, 2007 Mr. Barraza entered into
28

EXONERATION OF PROPERTY/BOND   1

1    the custody  into the U.S Marshall office to commence his sentence.  All other relevant counts as

2    to Mr. Barraza were dismissed by the government.

3         Since Mr. Barraza has been sentenced, it is respectfully requested that the property

4    bond(s) in this matter be immediately exonerated and that the property posted as collateral; for

5    the bond be reconveyed to Gonzalo Leyva and Natalie Leyva.

6    Dated: 07/25/2007

7                                                    /s/ David A. Torres
                                                     DAVID A. TORRES
8                                                    Attorney for Miguel Angel Jimenez Barraza

9

10                                          **ORDER**

11        IT IS SO ORDERED that the property bond in the above-captioned case be exonerated

12   and title to the real property be reconveyed to Gonzalo Leyva and Natalie Leyva.

13

14

     DATED:      7/26/2007                       /s/ Oliver W. Wanger
15                                                OLIVER W. WANGER
                                                  United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

EXONERATION OF PROPERTY/BOND   2