**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
Fax: (661) 326-0936
Email: lawtorres@aol.com

Attorney for:
MIGUEL ANGEL JIMENEZ BARRAZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, <br><br> PLAINTIFF, <br><br> vs. <br><br> MIGUEL ANGEL JIMENEZ BARRAZA, <br><br> DEFENDANT. | Case №. 1:05 CR00258-01 OWW <br><br> **DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY** |

MIGUEL ANGEL BARRAZA, by and through his attorney of record, DAVID A. TORRES, hereby requests and order exonerating the property bond for reconveyance of real property in this action.

On October 6, 2005, Honorable Oliver W. Wanger, U.S. District Judge, ordered Miguel Angel Jimemez Barraza release from custody on a $100,000.00 property bond. Real property owned by Miguel Barraza and Celia M. Barraza was to be posted as collateral for the property bond. On October 7, 2005, a certified copy of the deed of trust (Kern County Document # 0205242622) and a promissory note in the amount of $38,000.00 was received by the court.

On May 7, 2007, this court sentenced Mr. Barraza to 48 months of imprisonment under Count 3 (Superseding Information): 21 USC843(b). On July 12, 2007, Mr. Barraza entered into the custody inth the U.S. Marshall office to commence his sentence. All other relevant counts as to Mr. Barraza were dismissed by the government.

| | |
|---|---|
| 1 | Since Mr. Barraza has been sentenced it is respectfully requested the property bond(s) in this matter |
| 2 | be immediately exonerated and the t the property posted as collateral for the bond be reconveyed to |
| 3 | Miguel Barraza and Celia M. Barraza. |

Dated: March 27, 2009           /s/David A. Torres
                                          DAVID A. TORRES
                                          Counsel for Defendant
                                          MIGUEL ANGEL JIMENEZ BARRAZA

## ORDER

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Miguel Barraza and Celia M. Barraza.

IT IS SO ORDERED.

**Dated:    April 21, 2009**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

EXONERATION OF PROPERTY BOND    2